**Order entered April 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00462-CV

## IN RE SUSAN HAWK, Relator

**Original Proceeding from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. M15-52765-E**

## ORDER
Before Chief Justice Wright, Justice Lang, and Justice Brown

Before the Court is the State's petition for writ of mandamus, which includes a request that the Court temporarily stay the trial court's April 7, 2014 Order on Defendant's Motion for Inspection of Evidence. We **ORDER** the April 7, 2014 Order on Defendant's Motion for Inspection of Evidence **STAYED** pending further order of the Court. The State's petition for writ of mandamus remains pending. The Court requests that real party in interest and respondent file their responses to the petition, if any, on or before April 29, 2016.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE